**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

99 GARNSEY ROAD
PITTSFORD, NY 14534
(585) 419-8800

PHILIP G. SPELLANE

DIRECT: (585) 419-8638
FAX:    (585) 419-8811
PSPELLANE@HARRISBEACH.COM

January 13, 2015

Hon. Charles J. Siragusa
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614-1363

**Attn: J. Michael Kehoe, Esq. (via email: michael_kehoe@nywd.uscourts.gov)**

Re:   Cayuga Indian Nation of NY vs. Seneca County, NY
      Index No. 11-CV-6004

Dear Mr. Kehoe:

This letter follows our conversation of January 13, 2015 concerning the response on behalf of Seneca County to Judge Siragusa's letter of December 9, 2014 to counsel inquiring about the status of this matter. This letter supplements my earlier letter of January 7, 2015.

Seneca County is continuing its process of retaining new counsel. Mr. Fisher, the Seneca County attorney, advises that the County Board of Supervisors is schedule to vote on this matter at its meeting on the evening of February 10, 2015. I therefore anticipate that on the following day, February 11, I will further advise the Court about the substitution of counsel and be able to estimate when the formal substitution will be effected. Accordingly, I respectfully request that the County be granted an extension until February 11, 2015 within which to respond to the Court's inquiry. If this is acceptable, I respectfully request the Court "So Order" this letter.

I am available at the Court's convenience should there be any questions.

Respectfully,

*Philip G Spellane*

Philip G. Spellane

PGS: drb
cc:   Lee Alcott, Esq.
      Frank Fisher, Esq.

So Ordered:   1-15-15

*Charles Siragusa*
U.S.D.J.

251332 1528111v4