

350 Linden Oaks, Suite 310 | Rochester, NY 14625-2825 | bsk.com

BRIAN LAUDADIO, ESQ.
blaudadio@bsk.com
P: 585-362-4714
F: 585-362-4754

August 10, 2015

**VIA ELECTRONIC
AND FIRST CLASS MAIL**

Hon. Charles J. Siragusa
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Re: *Cayuga Indian Nation of New York v. Seneca County, New York*
Civil Action No. 11-CV-6004 CJS

Dear Judge Siragusa:

As the Court is aware, this office has been substituted as counsel to Defendant Seneca County in the above matter. Pursuant to your Honor's direction at the conference held on August 5, 2015, I write to request entry of a Scheduling Order as follows:

- Defendant to file its Answer to Plaintiff's Amended Complaint on or before August 31, 2015;

- Plaintiff to file its Motion for Summary Judgment on or before September 30, 2015;

- Defendant to file its Opposition to Plaintiff's Motion for Summary Judgment and any Cross-Motion on or before October 30, 2015;

- Plaintiff to file its Reply Papers, if any, on or before November 16, 2015; and

- Defendant to file its Reply Papers on the Cross-Motion, if any, on or before December 3, 2015.

I have conferred with Mr. Alcott, counsel to the Plaintiff, and Plaintiff joins in this request. In the event that this Scheduling Order meets with the Court's approval, I have added a "So Ordered" signature line below. Thank you for your consideration.

2544379.1

Respectfully,

BOND, SCHOENECK & KING, PLLC

Brian Laudadio

BL/BL

cc: Lee Alcott, Esq.

So Ordered: ____Charles J. Siragusa____
Hon. Charles J. Siragusa
U.S. District Judge

2544379.1