# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| CAYUGA INDIAN NATION OF NEW YORK ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 11-CV-6004 |
| SENECA COUNTY, NEW YORK ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** other:   the Plaintiff's application for summary judgment (docket #55) is granted insofar as it is based on upon tribal sovereign immunity from suit and is otherwise denied; Plaintiff's claims that are not based on tribal sovereign immunity from suit are dismissed without prejudice; Defendant's cross motion for summary judgment (docket #60) is denied.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   Charles J. Siragusa   on a motion for   summary judgment.

Date:   Dec 11, 2018                                 *CLERK OF COURT*

                                                     s/Mary C. Loewenguth

                                                     *Signature of Clerk or Deputy Clerk*